**Anthony Maurice JORDAN, Plaintiff–Appellant,**

v.

**RODRIGUEZ, Inmate Hearing Officer (IHO), Sussex II State Prison, Defendant–Appellee.**

No. 13–7596.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2014.

Decided: Aug. 21, 2014.

Anthony Maurice Jordan, Appellant Pro Se.

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Maurice Jordan appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jordan v. Rodriguez*, No. 3:11–cv–00193–REP, 2013 WL 4759247 (E.D.Va. Sept. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*